**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

FILED
NOV 29 2007 CM
NOV 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** SHAWN PATTERSON

**Defendant(s):** COZALINO, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Shawn Patterson
#2005-0061693
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

07CV6696
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke    **Date:** 11/29/07