FILED
DEC 18 2007
12-18-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

07 C 6696

On the 20th of October, I Shawn Patterson, had sent a complaint under the civil rights act 42 U.S.C. 1983, against state, county, but I had gotten shipped the next day after I sent the complaint, but now I'm at Lawrence Correctional Center and would like to be returned to court as soon as possible. If that's not do-able, please inform me on what to do.