FILED
JANUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



RECEIVED
NOV 2 9 2007
NOV 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Shawn Patterson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6696
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

vs.

County of Cook,
State of Illinois

/

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Shawn Patterson

B. List all aliases: Jamaica

C. Prisoner identification number: 20050061693

D. Place of present confinement: Cook County Jail Div 9-36

E. Address: Po Box 089002 Chigo IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cozalino
Title: Captain
Place of Employment: Cook County Jail Div 9

B. Defendant: Wagner
Title: Officer on 11-7 shift
Place of Employment: Cook County Jail Div 9

C. Defendant: K. Sims
Title: Doctor
Place of Employment: Cermak hospital

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A. Is there a grievance procedure available at your institution?

        YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

    B. Have you filed a grievance concerning the facts in this complaint?

        YES (✓)  NO ( )

    C. If your answer is YES:

        1. What steps did you take?
        By asking the social worker for grievance and compleating the packet and most of the time hand it to a Sargent

        2. What was the result?
        I really don't think most of them made it but when they did my complaint was taken care of.

        3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
        I have never seen an appeal slip but I would keep writing grievances until I gave up.

    D. If your answer is NO, explain why not:
    There are other times I should have filled out a grievance but for some reason they either never seam to make it or I don't get a respons

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?
   I spoke to the officer working the deck of 3B then any sargent's passing though

2. What was the result?
   1 out of 10 times they come though but most of the time I was left with false hope.

H. If your answer is NO, explain why not:
Since I've been incarcerated I can only remember 2 grievance's ever getting a respons out of many

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: ~~~~ N-A

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~~~ N-A

D. List all defendants: ~~~~ N-A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ~~~~ N-A

F. Name of judge to whom case was assigned: N-A

G. Basic claim made: N-A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N-A

I. Approximate date of disposition: N-A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

one of my many problem is my Hernia and officer's Lopez, Phillips, Murray and ms Johnson have on occassion's spoke to dispensory and Sargent's countless time's about the matter and was refused medical attention appropiate to my condition. My condition requir's sergery, since this facility is not equiped to handle sergery. They have simply neglected my issue instead of making arrangement's with the county hospital to proform the required sergery to alliviate my condition.    A second yet equally painful issue that of mine has been brought to the attention of officer's Lopez, Phillips about my tooth ache and they've gone though the motion countless of time's. I've had this ploblem for 1 yr befor I was finally brought to the county hospital to have the first tooth pulled on 10-9-07, I have 2 more that I've been addressing for the past week because

it's causing me great pain and the need to be pulled. My final complaint stem from a Hemorrhoid condition that was brought to the attention of officer Wagner on the 11-7 shift how intoll informed captain Cozalino and Lautenant Zimney about the matter and was told their were no free officer's to tend to my emergency in which I'll spare you the more colorful detail's I suffered over the period of a week, The Humiliation of having to show my blood stool to a veriety of staff befor I could fine some 1 to show enough concern to get me down to dispensory to have that most simplest of issue's dealt with

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have the court compensate me for the pain I delt with. The lack of medical attention. The sum of $80,000.00

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __11__ day of __24__, 20__07__

_____Sh___Pat_____
(Signature of plaintiff or plaintiffs)

Shawn Patterson
(Print name)

20050061693
(I.D. Number)

P.O. Box 089002
Chicago IL
60608
(Address)

Revised: 7/20/05