| |
|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**ATTORNEY APPEARANCE FORM** |
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. |

| | |
|---|---|
| In the Matter of: Shawn Patterson v.<br>                  Capt. Cozalino et al. | Case Number:    07 C 6696 |
| | Judge:    Zagel |

| |
|---|
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: |
| Dr. K. Sims, Captain Cozalino, Officer Wagner |

| |
|---|
| SIGNATURE  /s/ Michael A. Kuczwara Jr. ARDC# 6281924 |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500 |
| CITY/STATE/ZIP  CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281924 | TELEPHONE NUMBER<br>(312) 603-3233 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☒        NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐        NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☒        NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?        YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |