Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6696 | DATE | APR - 7 2008 |
| CASE TITLE | Shawn Patterson (R-66497) v. Cozalino | | |

**DOCKET ENTRY TEXT**

A status hearing is set for May 1, 2008, at 10:00 A.M.

Docketing to mail notices.

isk