**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Shawn Patterson, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6696 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Zagel |
| Dr. K Sims | ) | |
| Captain Cozalino, | ) | |
| Officer Wagner | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Shawn Patterson
R-66497
Lawrence – LAW
R.R. 2, Box 31
Sumner, IL 62466

**PLEASE TAKE NOTICE** that on July 29, 2008, at 10:15 a.m., I shall appear before the Honorable David H. Zagel in the courtroom usually occupied by him in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANTS' MOTION TO DEPOSE THE INCARCERATED WITNESS.**

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:  /s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3233

**CERTIFICATE OF SERVICE**

I, Michael A. Kuczwara, Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF0 system in accordance with Local Rule 5.9 of the Northern District of Illinois on July 24, 2008.

/s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.