**FILED**
**JUNE 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Shawn Patterson, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6696 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James Zagel |
| K. Sims | ) | |
| Captain Cozalino, | ) | |
| Officer Wagner | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    Shawn Patterson
       R-66497
       Lawrence – LAW
       R.R. 2, Box 31
       Sumner, IL 62466

PLEASE TAKE NOTICE that on **March 17, 2008,** I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendant's Answer to Plaintiff's Complaint.

RICHARD A. DEVINE
STATE'S ATTORNEY OF COOK COUNTY

By:    /s/ Michael A. Kuczwara Jr.
       Michael A. Kuczwara Jr.
       Assistant States Attorney
       500 Richard J. Daley Center
       Chicago, IL 60602
       (312) 603-3233

**PROOF OF SERVICE**

I, Michael A. Kuczwara Jr., Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the documents referenced therein, to the Plaintiff's listed above, on March 17, 2008, at or before 5:00 p.m. with proper postage prepaid.

/s/ Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.