Shawn Patterson
Plaintiff                    ) 07-C6696
                             )
vs.                          ) Honorable Judge
                             ) James Zagel
Dr. K Sim                    )
Captain Cozalino,            )
Officer Wagner               )
Defendents                   )

FILED
SEP 2, 2008
SEP 2 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion For Deposition transcripe

Now comes plaintiff Shawn Patterson representing himself on Law suit of Defendents. As state he states:

1. That Plaintiff has Law suit Pending in this court

2. On 7-29-08 Plaintiff Shawn Patterson was depose by defendents

3. That this court has allowed Plaintiff to pursue this Matter in forma Pauperis.

4. Werefore, Plaintiff respectfully urge this court to order Defendents to supply him with a copy of his Deposition ViA free or a reasonable cost.

Prose
Shawn Patterson
SL_____ Pa_____

Subscribed and sworn to befor me this 26 Day of August 2008 Notary Sharon L. McCorkle

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009